# IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS DIVISION

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

---

This Document Relates to:

Dale R. Brady

Civil Case # 1:24-cv-07119-RLY-TAB

---

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record:


I am admitted or otherwise authorized to practice in this Court, and I appear

in this case on behalf of Plaintiff set forth in the above referenced matter.



Respectfully submitted,

*/s/ Matthew R. Lopez*

Dated: 11/4/24

Matthew R. Lopez
(*Admitted Pro Hac Vice*, CA Bar No. 263134)
**Rueb Stoller Daniel, LLP**
120 Vantis Drive, Suite 430
Aliso Viejo, CA 92656
Tel: (866) 225-5773
Fax: (855) 203-2035
matt.lopez@lawrsd.com

***Counsel for Plaintiff***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 4, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Matthew R. Lopez*
Matthew R. Lopez